Argued and submitted December 20, 1996, affirmed February 12, 1997

STATE OF OREGON,
*Appellant,*

*v.*

MARTIN DERAS
and Pablo Martinez,
*Respondents.*

(95-3885-A-C-3; CA A91414)

933 P2d 378

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. On the briefs were Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Paula Johnson Lawrence, Assistant Attorney General.

Mary M. Reese, Deputy Public Defender, argued the cause for respondents. With her on the brief was Sally L. Avera, Public Defender.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Affirmed. *State v. Hadley,* 146 Or App 166, 932 P2d 1194 (1997).